Charles A. Gulden
11802 E. 28th Pl
Yuma, AZ 85367
Phone: 928-782-5182
Email: chasinyuma@hotmail.com

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

APR 2 7 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES A. GULDEN, | No. CV-20-02465-PHX-JZB |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| LIBERTY HOME GUARD LLC, | |
| Defendant. | |

The parties, by and through the undersigned, hereby stipulate that this action may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. A proposed form of Order is attached hereto.

DATED this 26th day of April, 2021.

LIBERTY HOME GUARD LLC,

By: _____
       (Signature)
Charles Frank, Esq.
       (Printed Name)
Chief Legal Officer
       (Title)

By: _____
Charles A. Gulden
11802 E. 28th Pl
Yuma, AZ  85367